# The Supreme Court of Texas

AUSTIN

---
CLERK'S OFFICE
---

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Jeremy Brian Gordon

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of May, 2007.

I further certify that the records of this office show that, as of this date

### Jeremy Brian Gordon

is presently enrolled with the State Bar of Texas as an active member in good standing.

> **IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of March, 2015.
> BLAKE HAWTHORNE, Clerk
>
> by *Brad Sonego*
> Brad Sonego, Deputy Clerk

No. 0306A1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.