UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.                                               Case No. 2:06-cr-20099

LARRY BOATWRIGHT,
    *Defendant.*
_____/

### ORDER ON MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Presently before the Court is Jeremy Gordon's Motion for Leave to Appear *Pro Hac Vice*. Upon consideration of the motion, it is hereby GRANTED that Jeremy Gordon be admitted to appear *pro hac vice* in the above-captioned case. Attorney has provided documentation that he is a member in good standing of the Texas Supreme Court.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Western District of Tennessee. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Signed this 8th day of May, 2015.

                                                                        s/Robert H. Cleland
                                                                        United States District Judge