UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        Criminal Case No.  06-cr-20099-1
                                          Civil Case No.       13-cv-14343

LARRY BOATWRIGHT,

    Defendant.
_____/

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed as Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 § USC 2255 on July 13, 2015.

IT IS HEREBY ORDERED that the Government is to file a response and brief to the "Motion to vacate, ..." by **September 14 , 2015**. The reply, if any, is to be filed by **September 28, 2015.**

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated:  August 24, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, August 24, 2015, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522