**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     CRIMINAL NO. 06-CR-20099

LARRY BOATWRIGHT,

    Defendant..
_____/

**ORDER GRANTING MOTION FOR LEAVE TO**
**APPEAR PRO HAC VICE**

This matter has come before the court on Attorney Zachary Newland's "Motion to Appear Pro Hac Vice filed on October 20, 2016. Upon review of the motion and attachments the court will grant the motion. Therefore,

IT IS ORDERED that the Motion for Leave to Proceed Pro Hac Vice [ Dkt # 188] is **GRANTED.**

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: October 21, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 21, 2016, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522